

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JOSEPH VALENTINO JOINER,      §       No. 08-18-00118-CR

      Appellant,       §       Appeal from the

v.       §       346th District Court

THE STATE OF TEXAS,       §       of El Paso County, Texas

      State.       §       (TC# 20150D02895)

§

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **February 27, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before February 27, 2019.

IT IS SO ORDERED this 14th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.